UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HOLIDAY PLUMBING SUPPLIES, INC.,**

    **Plaintiff,**

v.                                     Case No.  8:12-cv-1974-T-30EAJ

**AMERICAN ECONOMY INSURANCE COMPANY,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Stay Pending Completion of Neutral Evaluation and Motion for Extension of Time to Respond to Complaint (Dkt. 3) and Plaintiff's Response (Dkt. 5).  The Court, having considered the motion, response, and being otherwise advised of the premises, concludes that the motion should be granted.

This is an insurance case related to alleged sinkhole loss.  Defendant American Economy Insurance Company moves this Court to stay this matter under Fla. Stat. § 627.7074, which mandates a stay of any court proceeding pending completion of neutral evaluation.

Plaintiff Holiday Plumbing Supplies, Inc. does not oppose the stay, but argues that Defendant should be ordered to respond to the complaint prior to the imposition of the stay.

The Court concludes that, given the fact that neutral evaluation and a stay of this action is mandatory at this time, there is no compelling reason to require Defendant to file its response to the complaint at this time.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion to Stay Pending Completion of Neutral Evaluation and Motion for Extension of Time to Respond to Complaint (Dkt. 3) is GRANTED.

2. This case is hereby STAYED during the pendency of the neutral evaluation.

3. The Clerk of Court is directed to administratively close this case.

4. The parties shall file a joint status report within fourteen (14) days from the completion of the neutral evaluation.

5. If the parties move this Court to lift the stay of this case after completion of the neutral evaluation, Defendant shall file its response to the complaint within fourteen (14) days from the date that the stay is lifted.

**DONE** and **ORDERED** in Tampa, Florida on September 17, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2012\12-cv-1974.mtstay3.frm