**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

HOLIDAY PLUMBING SUPPLIES, INC.,

   Plaintiff,

v.                                                   Case No: 8:12-cv-1974-T-30EAJ

AMERICAN ECONOMY INSURANCE
COMPANY,

   Defendant.

_____

ORDER

The Court has been advised via a Mediation Report (Dkt. #20) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of October, 2013.

                                             JAMES S. MOODY, JR.
                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record